UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ADAM TOMISSER,

                              Plaintiff,

        vs.

YAKIMA COUNTY JAIL, et al.,

                              Defendants.

NO:  12-CV-3083-JPH

ORDER ADOPTING REPORT AND
RECOMMENDATION AND
DISMISSING ACTION WITHOUT
PREJUDICE

        Magistrate Judge James P. Hutton filed a Report and Recommendation, ECF No. 10, recommending Mr. Tomisser's request to Voluntarily Dismiss this action be granted.  Defendants have not been served.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, ECF No. 4, is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

        **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and close the file.

        **DATED** this 18th day of July 2012.

                              _s/ Rosanna Malouf Peterson_
                              ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1